**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

CRAFTSHACK, INC.,

Plaintiff,

-against-

BROOKLYN FARE WINES & SPIRITS, LLC, et al.,

Defendants.

----------------------------------------------------------------X

26 **CIVIL** 1969 (JPO)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum and Order dated October 13, 2026, CraftShack's motion for default judgment is GRANTED as modified. CraftShack is entitled to an award of $37,500 in statutory damages, $2,592.50 in attorney's fees, and $549.20 in costs. Judgment entered in favor of CraftShack and against Defendants Brooklyn Fare Wines & Spirits, LLC and Brooklyn Fare Greenwich, LLC in the total amount of $40,641.70, and the case is closed.

**DATED**: New York, New York
October 15, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** ____________________

**Deputy Clerk**